



# MEMORANDUM OPINION

No. 04-11-00912-CV

Robert **SCHORR**, ESI Holdings, LLC, and Learn Safe, Inc.,
Appellants

v.

**DUNN & LINDBERG, L.L.P.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-18149
Honorable Michael P. Peden, Judge Presiding

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
     Steven C. Hilbig, Justice
     Marialyn Barnard, Justice

Delivered and Filed: May 2, 2012

DISMISSED

Robert Schorr, ESI Holdings, LLC, and Learn Safe, Inc. appealed the trial court's judgment signed November 7, 2011, in favor of Dunn & Lindberg, L.L.P. The appellants' brief was originally due February 8, 2012; however, the court granted an extension of time until March 9, 2012, to file the brief. Neither the brief nor a motion for extension of time was filed. On March 30, 2012, we ordered appellants to file their appellant's brief or a motion for extension of time not later than April 9, 2012. We advised appellants that failure to timely comply with the

order would result in the appeal being dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (court may dismiss appeal because appellant has failed to comply with a court order within the time provided). Appellants have not filed a brief or a motion for extension of time and have not otherwise responded to our March 30, 2012 order.

We therefore dismiss this appeal and order all costs taxed against appellants.


PER CURIAM